# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

-vs-

SALLY L. BOWEN,

    Defendant.

Case No. 3:12-cr-31

Magistrate Judge Michael R. Merz

## ORDER OF TRANSFER

The above-captioned matter is hereby transferred from the docket of Magistrate Judge Michael R. Merz to the docket of Magistrate Judge Sharon L. Ovington.

_____
Michael R. Merz
United States Magistrate Judge

_____
Sharon L. Ovington
United States Magistrate Judge