# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 3:12-cr-31 |
| -vs- | |
| SALLY BOWEN, | Magistrate Judge Sharon L. Ovington |
| Defendant. | |

## DISMISSAL ORDER

The above captioned case came before this Court on June 13, 2012. The Government's oral motion to dismiss is hereby GRANTED. It is ORDERED that Count 1, Theft of Government Property, is dismissed.

June 13, 2012                                                                 s/Sharon L. Ovington
                                                                              Sharon L. Ovington
                                                                              United States Magistrate Judge